1  Michael T. Welch (#122630)
   LAW OFFICES OF MICHAEL T. WELCH
2  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
3  Telephone:    (415) 399-1500
   Facsimile:    (415) 399-0445
4

5

6  Attorneys for Plaintiff KATHERINE ARAGON

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12

13  KATHERINE ARAGON, an Individual,      )   CASE NO.  C07 1404 MHP
                                          )
14                      Plaintiff,        )
                                          )   **STIPULATION OF DISMISSAL**
15        v.                              )
                                          )
16  ADT SECURITY SYSTEMS, INC., a         )
    corporation; DOES 1 - 50, inclusive,  )
17                                        )
                                          )
18                      Defendants        )
                                          )
19  _____

20

21

22

23  ///////////////////////////////////////////////

24

25  //////////////////////////////////////////

26

27  //////////////////////////////////

28
                          -1-

                  **STIPULATION OF DISMISSAL**

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their

2 designated counsel of record, that the above-captioned action be and hereby is dismissed with

3 prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

4

DATED: May 21, 2008

5                                                LAW OFFICES OF MICHAEL T. WELCH

6

7                                                By: _____

8                                                     Michael T. Welch
                                                     Attorneys for Plaintiff
9                                                     KATHERINE ARAGON

10 DATED: May 21, 2008

11                                               OGLETREE, DEAKINS, NASH, SMOAK &
                                                 STEWART, P.C.
12

13                                               By: _____

14                                                    Leslie E. Wallis
                                                     Attorneys for Defendant
15                                                    ADT SECURITY SYSTEMS, INC.

16

17                                                         IT IS SO ORDERED

18

19                                               UNITED STATES DISTRICT JUDGE

20

21                                                         DATE

22

23

24

25

26

27

28
                                              -2-

                                  **STIPULATION OF DISMISSAL**